1040

[Nos. 15983-0-II; 15984-8-II. Division Two. June 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
ESTRADA GARCIA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
SANCHEZ-ZAMORA, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 92-1-00036-1, 92-1-00035-2, Thomas R. Sauriol,
J., entered April 27, 1992. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Morgan, C.J., and Hough-
ton, J.

[No. 16031-5-II. Division Two. June 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE
FARRIS RANKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-05050-7, D. Gary Steiner, J., entered April
24, 1992. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan, C.J., and Seinfeld, J.

[Nos. 15405-6-II; 15629-6-II; Division Two. June 9, 1994.]
16917-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
VINCENT RATY, *Appellant*.

*In the Matter of the Personal Restraint of* KENNETH
VINCENT RATY, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-00324-6, John N. Skimas, J., entered Sep-
tember 29, 1991, together with a petition for relief from
personal restraint. Judgment *affirmed in part, reversed in
part*, and *remanded*; both petitions were *dismissed* by unpub-
lished opinion per Houghton, J., concurred in by Morgan,
C.J., and Seinfeld, J.